IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02630-NYW

USA,

    Plaintiff,

v.

16650 JASMINE STREET, BRIGHTON, COLORADO,
2004 TOYOTA SIENNA VAN,
121 ASSORTED MARIJUANA GROW EQUIPMENT,
242 ASSORTED MARIJUANA GROW EQUIPMENT,
283 ASSORTED MARIJUANA GROW EQUIPMENT,

    Defendants.

---

## ORDER REQUESTING REASSIGNMENT OF CASE

---

Magistrate Judge Nina Y. Wang

    The above-captioned case was drawn to the Magistrate Judge pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges and Title 28 U.S.C. § 636(c). Pursuant to Plaintiff USA's Motion [#19], the Clerk entered default as to 242 Assorted Marijuana Grow Equipment and 283 Assorted Marijuana Grow Equipment on February 17, 2015 [#20]. The Government moved for default judgment as to these Defendants on February 26, 2015 [#22]. This case should be redrawn to a district judge because consent has not been achieved and Defendants are in default.

    IT IS ORDERED that Civil Action No. 14-cv-02630-NYW is returned to the Clerk to be redrawn to a district judge on the basis that consent was not achieved.

    Dated: February 26, 2015

BY THE COURT:

s/Nina Y. Wang
United States Magistrate Judge

Case 1:14-cv-02630-WJM-NYW Document 23 Filed 02/26/15 USDC Colorado Page 2 of 2