**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2630-WJM-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16650 JASMINE STREET, BRIGHTON, COLORADO,
2004 TOYOTA SIENNA VAN,
121 ASSORTED MARIJUANA GROW EQUIPMENT,
242 ASSORTED MARIJUANA GROW EQUIPMENT, and
283 ASSORTED MARIJUANA GROW EQUIPMENT,

    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS 16650 JASMINE STREET**

---

    This matter comes before the Court on the Government's Motion to Dismiss 16650 Jasmine Street, Brighton, Colorado, filed March 2, 2015 (ECF No. 27).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Government's Motion is GRANTED.  Pursuant to Fed. R. Civ. P. 41(a)(2), The Government's claims against Defendant 16650 Jasmine Street, Brighton, Colorado, are hereby DISMISSED WITHOUT PREJUDICE.

    The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 3rd day of March, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge