**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2630-WJM-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2004 TOYOTA SIENNA VAN,
121 ASSORTED MARIJUANA GROW EQUIPMENT,
242 ASSORTED MARIJUANA GROW EQUIPMENT, and
283 ASSORTED MARIJUANA GROW EQUIPMENT

    Defendants.

---

**FINAL ORDER OF FORFEITURE AS TO DEFENDANTS 2004 TOYOTA SIENNA VAN
AND 121 ASSORTED MARIJUANA GROW EQUIPMENT**

---

    This matter comes before the Court on the United States' Motion for Final Order of Forfeiture, filed March 20, 2015 (ECF No. 30). The Court having reviewed the Motion hereby FINDS as follows:

    That the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

    That all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    That the United States and the owner of defendant 2004 Toyota Sienna Van, VIN: 5TDZA22CX4S201270, Leticia Nunez, and the owner of defendant 121 Assorted Marijuana Grow Equipment, Carlos Barbaro Nunez have reached entered into a Stipulation and have confessed the forfeiture of defendants 2004 Toyota Sienna Van

and 121 Assorted Marijuana Grow Equipment. The Stipulation filed with the Court resolves all issues in dispute as to defendants 2004 Toyota Sienna Van and 121 Assorted Marijuana Grow Equipment;

That forfeiture of defendants 2004 Toyota Sienna Van, VIN: 5TDZA22CX4S201270 and 121 Assorted Marijuana Grow Equipment shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of 2004 Toyota Sienna Van, VIN: 5TDZA22CX4S201270 and 121 Assorted Marijuana Grow Equipment shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

Dated this 23rd day of March, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge