IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-2630-WJM-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16650 JASMINE STREET, BRIGHTON, COLORADO,
2004 TOYOTA SIENNA VAN,
121 ASSORTED MARIJUANA GROW EQUIPMENT,
242 ASSORTED MARIJUANA GROW EQUIPMENT, and
283 ASSORTED MARIJUANA GROW EQUIPMENT,

    Defendants.
_____

**ORDER ADOPTING MARCH 23, 2015 RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

    This matter is before the Court on the March 23, 2015 Recommendation of United States Magistrate Judge Nina Y. Wang (the "Recommendation") (ECF No. 31) that Plaintiff's Motion for Default and Final Order of Forfeiture (ECF No. 22) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 31, at 2 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 31) is ADOPTED in its entirety;

(2) Plaintiff's Motion for Default and Final Order of Forfeiture (ECF No. 22) is GRANTED;

(3) Default and forfeiture of Defendants 242 and 283 Marijuana Grow Equipment, including all right, title, and interest shall be entered in favor of the United States pursuant to 21 U.S.C. § 881; and

(4) This Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

Dated this 24th day of April, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge