IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02630-WJM-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 TOYOTA SIENNA VAN;
121 ASSORTED MARIJUANA GROW EQUIPMENT;
242 ASSORTED MARIJUANA GROW EQUIPMENT;
283 ASSORTED MARIJUANA GROW EQUIPMENT,

        Defendants

_____

**FINAL JUDGMENT AS TO DEFENDANTS 2004 TOYOTA
SIENNA VAN AND 121 ASSORTED MARIJUANA GROW EQUIPMENT**
_____

        Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable District Court Judge William J. Martinez, the following JUDGMENT is hereby entered:

        1.    That forfeiture of defendants 2004 Toyota Sienna Van, VIN: 5TDZA22CX4S201270   and 121 Assorted Marijuana Grow Equipment including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

        2.    That the United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law ;

        3.    That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

4.     Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this _24th_ day of __April_____, 2015.

                                        JEFFREY P. COLWELL
                                        Clerk of the U.S. District Court

                              By:   _s/E. Van Alphen_____
                                  Deputy Clerk